IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROSALES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GARY WHITNEY, et al.,<br><br>　　　　Defendants. | 1:06-CV-01833-AWI-SMS-P<br><br>ORDER TO SUBMIT NEW CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On December 26, 2006, plaintiff filed an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. However, the certified copy of plaintiff's prison trust account statement did not include the entire six month period immediately preceding the filing of the complaint.[1]  See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new certified copy of his trust account statement, **or** to pay the

---

[1] The trust account statement received by the court only included a one-month time period (December 2006). Plaintiff is required to submit a certified copy of his trust account statement for the six-month time period from June 15, 2006, until December 15, 2006.

1

1  $350.00 filing fee.

2      Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   January 29, 2007**                     **/s/ Sandra M. Snyder**
b6edp0                                            UNITED STATES MAGISTRATE JUDGE

2