UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROSALES, | 1:06-cv-01833-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 7) |
| vs. | **ORDER DISMISSING ACTION** |
| GARY WHITNEY, et al., | |
| Defendants. | |

    Plaintiff, Anthony Rosales ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 28, 2007, the Magistrate Judge filed Findings and Recommendations that recommended this action be dismissed for plaintiff's failure to comply with a court order. The Findings and Recommendations were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate

1

Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 28, 2007, are ADOPTED IN FULL;
2. This action is DISMISSED based on plaintiff's failure to obey the court's order of January 29, 2007; and
3. The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   May 25, 2007**              /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE

2